Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)   22 - 1435

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| Carl A. Wescott | ) | |
|---|---|---|
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| Summerbio, LLC | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *C.A. Wescott*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 10/29/2022

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ | $ 0.00 | $ |
| Self-employment | $ 0.00 | $ | $ 0.00 | $ |
| Income from real property *(such as rental income)* | $ 0.00 | $ | $ 0.00 | $ |
| Interest and dividends | $ 1.00 | $ | $ 0.00 | $ |
| Gifts | $ 0.00 | $ | $ 0.00 | $ |
| Alimony | $ 0.00 | $ | $ 0.00 | $ |
| Child support | $ 0.00 | $ | $ 0.00 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ | $ 0.00 | $ |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ | $ 0.00 | $ |
| Unemployment payments | $ 0.00 | $ | $ 0.00 | $ |
| Public-assistance *(such as welfare)* FOOD STAMPS/EBT/SNAP * | $ 291.00 | $ | $ 291.00 | $ |
| Other *(specify)*: (EXHIBIT A) | $ | $ | $ | $ |
| **Total monthly income:** | $ 292.00 | $ 0.00 | $ 291.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)* NO FULLTIME JOB OR EMPLOYER FOR TWO YEARS

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)* N/A (JINGE)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 86.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| TruWest Credit Union | Credit Union Savings | $ 5.00 | $ N/A |
| TruWest Credit Union | Credit Union Checking | $ 8.36 | $ N/A |
| Arizona Financial | Credit Union | $ 2.94 | $ N/A |

$16.30

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) NO REAL PROPERTY OWNED | $ | 0.00 |
| Other real estate (Value) " | $ | 0.00 |
| Motor vehicle #1 (Value) N/A | $ | 0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Motor vehicle #2 (Value) | $ | 0.00 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets (Value) two ARIZONA SINGLE MEMBER LLCs | $ | NEGATIVE BOOK VALUE |
| Other assets (Value) VALUABLE LEGAL CLAIMS | $ | UNSURE |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Bill Stills | $ 2,000.00 | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
|---|---|---|
| Other (specify): (I borrow $1100 per month to survive) | $ | $ |
| Total monthly expenses: | $ 1,056.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☑ Yes   ☐ No

    If yes, how much?   $ postage, copies, printing, future jury fees, court reporters

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I was fired from my job at the SparkLabs Group in June 2019 in retaliation for whistleblowing securities fraud.

    I have not gotten another job since

12. Identify the city and state of your legal residence.

    Scottsdale, AZ

    Your daytime phone number:   (936) 937-2688

    Your age:   55   Your years of schooling:   12 regular
    4 College (BS)
    4 Masters in Computer Science
    3 unfinished PhD
    2 MBA
    ─────
    25+ years

22-1435

Exhibit A

My SNAP/EBT/food stamps CARD which is active.



C.A. Wescott
10/29/2022