22-1435

October 29th, 2022

Clerk of the Court
United States District Court
District of Delaware
844 N. King Street
4th floor, Room 4209
Wilmington DE

Dear Clerk:

I'm initiating a new legal complaint against one Defendant.

The basis for federal court is two federal issues of law, but it would also qualify under 28 USC 1332 with diversity of citizenship and damages above $75k.

I hope and believe I've enclosed everything you and the court will need to file and docket the case:
- One Civil Cover Sheet
- Two Plaintiff's Legal Complaints
- One Request to Proceed *in forma pauperis*

I've enclosed a prepaid Priority Mail for you to hopefully send back to me whatever paperwork you like, including at least one stamped/endorsed legal complaint with case number.

If I left anything out or made any mistakes, would you kindly call me so I can send in whatever's missing?... or send me an email? My cell phone is +1 936 937 2688, and email below. Thanks so much. Sincerely,

*[signature]*

Carl A. Wescott  (carlwsoj@gmail.com)
8210 E. via de la Escuela
Scottsdale, AZ 85258