IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARL A. WESTCOTT, | : |
| Plaintiff, | : |
| v. | : Civ. No. 22-1435-GBW |
| SUMMERBIO, LLC | : |
| Defendant. | : |

## ORDER

WHEREAS, Plaintiff filed this action without prepayment of the filing fee;

WHEREAS, on May 30, 2023, the Court entered an order requiring Plaintiff to complete and return a USM-285 form to effect service on Defendant and notified Plaintiff that the failure to provide the USM-285 form within 90 days from the date of the Order may result in the Complaint being dismissed, pursuant to Fed. R. Civ. P. 4(m) (D.I. 5);

WHEREAS, to date, Plaintiff has not submitted the required USM-285 form;

THEREFORE, at Wilmington this 14th day of September, 2023, IT IS HEREBY ORDERED that the Complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE